# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| Kw10 | E 2796787 | Emrich | 2504 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 09/19/2026 @ 2230 | 18 USC 1382 |

Place of Offense

Bldg 18 Chaffee Gate

Offense Description: Factual Basis for Charge — HAZMAT ☐

Entering a military Installation for prohibited purposes

**DEFENDANT INFORMATION** Phone: (904) 419 - 0785

| Last Name | First Name | M.I. |
|---|---|---|
| White | Jaiameis | J |

Street Address

7857A Estrada Ave

City | State | Zip Code | Date of Birth (mm/dd/yyyy)

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| VUV 281 | Ky | 14 | BMW | | Blk |

**APPEARANCE IS REQUIRED**

A ☑ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ________ Forfeiture Amount

+ $30 Processing Fee

**PAY THIS AMOUNT AT www.cvb.uscourts.gov →** $ ________ **Total Collateral Due**

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. MAGISTRATE COURT
BLDG 1310 PIKE HALL, STE 330
50 THIRD AVE, FT. KNOX, KY
PHONE: (502) 624-5668

Date: 11/13/2026

Time: 0800

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Unable to Sign

Original - CVB Copy

CVB SCAN 10/27/2026 11:46

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ____________, 20____ while exercising my duties as a law enforcement officer in the ____________ District of ____________

The foregoing statement is based upon:

☐ my personal observation ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ____________________
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 10/27/2026 11:46

STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on 20 September 2026 while exercising my duties as a law enforcement officer in the Western District of Kentucky

On 20260920 at 0520 hours., units were dispatched to7857A Estrada Ave. for a domestic disturbance. During the course of investigation responding units discovered Jaiameis Coronado and Alvin Coronado had smuggled Aalyria Shemwell on to the installation through Bldg 18 (Chaffee Gate) on 20260919 at 2230 hours, *in the ~~truck~~ trunk of their 2014 Bmw confirmed by CCTV footage. Shemwell did* not possess a pass, nor did she attempt to gain one.

F/B/N/19, CIV
7857A Estrada Ave, Ft Knox, KY 40121
Phone: (919) 419-0785

*CITATION # E2796787*

The foregoing statement is based upon:

__ my personal observation

__my personal investigation

_x_ information supplied to me from my fellow officer's observation

__other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to best of my knowledge

Executed on: __09/20/2026________________________________________
Date: (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:__________________________________________________
Date: (mm/dd/yyyy) U.S. Magistrate Judge

CVB SCAN 10/27/2026 11:46

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| KV10 | E2796788 | Emrich | 2504 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 04/18/2026 6:2334

Offense Charged ☐ CFR ☐ USC ☐ State Code: 18 USC 1382

Place of Offense: Bldg 18 Chaffee Gate

Offense Description: Factual Basis for Charge — HAZMAT ☐

Entering a military Installation for prohibited purposes

**DEFENDANT INFORMATION** Phone: (909) 419-0785

| Last Name | First Name | M.I. |
|---|---|---|
| White | Jaigmeis | J |

Street Address: 7857A Estrada Ave

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Fort Knox | Ky | 40121 | 10/23/2006 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| W23 753 285 | | Ky | 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 |

☑ Adult ☐ Juvenile | Sex ☐ Male ☑ Female | Hair: Blk | Eyes: Brn | Height: 5'9" | Weight: 115

**VEHICLE** VIN: WBA3A5G53ENP29724 CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| V4V281 | Ky | 14 | Bmw | | Bl |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ ____ Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ ____ Total Collateral Due |

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

U.S. MAGISTRATE COURT

Court Address: BLDG 1310 PIKE HALL, STE 330, 60 THIRD AVE, FT. KNOX, KY, PHONE: (502) 624-5668

Date: 11/13/2026

Time: 0800

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Unable to Sign

Original - CVB Copy

CVB SCAN 10/27/2026 11:46

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ______________, 20____ while exercising my duties as a law enforcement officer in the ____________ District of ____________

______________________________________________

The foregoing statement is based upon:

☐ my personal observation ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ______________________________

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 10/27/2026 11:46

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 20 September 2026 while exercising my duties as a law enforcement officer in the Western District of Kentucky

On 20260920 at 0520 hours., units were dispatched to7857A Estrada Ave. for a domestic disturbance. During the course of investigation responding units discovered Jaiameis Coronado and Alvin Coronado had smuggled Aalyria Shemwell on to the installation through Bldg 18 (Chaffee Gate) on 20260918 at 2334 hours, in the ~~truck~~ SS trunk of their 2014 Bmw confirmed by CCTV footage. Shemwell did not possess a pass, nor did she attempt to gain one.

F/B/N/19, CIV
7857A Estrada Ave, Ft Knox, KY 40121
Phone: (919) 419-0785

*CITATION # E2796788*

The foregoing statement is based upon:

__ my personal observation __my personal investigation

_x_information supplied to me from my fellow officer's observation

__other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to best of my knowledge

Executed on: ___09/20/2026_______________________________
Date: (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:_______________________________________
Date: (mm/dd/yyyy) U.S. Magistrate Judge

CVB SCAN 10/27/2026 11:46

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| KWlo | E 2796789 | Emrick | 2504 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 09/18/2026 @ 2334

Offense Charged ☐ CFR ☐ USC ☐ State Code: 18 USC 3

Place of Offense: Bldg 18 Chaffee Gate

Offense Description: Factual Basis for Charge — HAZMAT ☐

Accessory to Unlawful Entry

**DEFENDANT INFORMATION** Phone: (909) 419-0785

| Last Name | First Name | M.I. |
|---|---|---|
| White | JGiameIS | J |

Street Address: 7657 A Estrada Ave

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Fort Knox | Ky | 40121 | 10/23/2006 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| W23 753 285 | | Ky | 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 |

☑ Adult ☐ Juvenile | Sex ☐ Male ☑ Female | Hair: Blk | Eyes: Brn | Height: 5'9" | Weight: 115

**VEHICLE** VIN: WBA3A5G53EN P29 724 CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| V4V218 | Ky | 14 | Bmw | | Blk |

**APPEARANCE IS REQUIRED**

A ☑ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ______ Forfeiture Amount

+ $30 Processing Fee

$ ______ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

U.S. MAGISTRATE COURT

Court Address: BLDG 1310 PIKE HALL, STE 330
50 THIRD AVE, FT. KNOX, KY
PHONE: (502) 624-5668

Date: 11/13/2026

Time: 0800

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Unable to Sign

Original - CVB Copy

CVB SCAN 10/27/2026 11:46

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ____________, 20____ while exercising my duties as a law enforcement officer in the ____________ District of ____________

The foregoing statement is based upon:

☐ my personal observation ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ____________________
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 10/27/2026 11:46

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 20 September 2026 while exercising my duties as a law enforcement officer in the Western District of Kentucky

On 20260920 at 0520 hrs., units were dispatched to 7857A Estrada Ave. for a domestic disturbance. During the course of investigation responding units discovered Jaiameis Coronado and Alvin Coronado had smuggled Aalyria Shemwell on to the installation through Bldg 18 (Chaffee Gate) on 20260918 at 2334 hours, in the trunk of their 2014 Bmw. Shemwell did not possess a pass, nor did she attempt to gain one.

F/B/N/19, DEP
7857A Estrada Ave., Fort Knox, KY 40121
Phone: (909) 419-0785

*CITATION # E2796789*

The foregoing statement is based upon:

__ my personal observation __my personal investigation

_x_information supplied to me from my fellow officer's observation

__other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to best of my knowledge

Executed on: ______________________________________
Date: (09/20/2026) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________________________
Date: (mm/dd/yyyy) U.S. Magistrate Judge

CVB SCAN 10/27/2026 11:46

# United States District Court
# Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| KV10 | E2796790 | Emrlch | 2504 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 09/14/2026 0550 | 18 USC 3 |

Place of Offense: Bldg 18 Chaffee Gate

Offense Description: Factual Basis for Charge HAZMAT ☐

Accessory to unlawful Entry

**DEFENDANT INFORMATION** Phone: (909) 414 - 0745

| Last Name | First Name | M.I. |
|---|---|---|
| White | Jaiamers | J |

Street Address: 7857A Estrada Ave

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Fort Knox | Ky | 40121 | 10/23/2006 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| W23 753 285 | | Ky | 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 |

| ☑ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|
| Adult | Male | Blk | Brn | 5'9" | 115 |

**VEHICLE** VIN: WBA3A5G53ENP29724 CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| VUV 218 | Ky | 14 | Bmw | | Blk |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ ______ Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ ______ Total Collateral Due |

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| U.S. MAGISTRATE COURT<br>BLDG 1310 PIKE HALL, STE 330<br>50 THIRD AVE, FT. KNOX, KY<br>PHONE: (502) 624-5668 | 11/13/2026 |
| | Time: 0800 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Unable to Sign

Original - CVB Copy

CVB SCAN 10/27/2026 11:46

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ______________, 20____ while exercising my duties as a law enforcement officer in the ______________ District of ______________

______________________________________________

The foregoing statement is based upon:

☐ my personal observation ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ______________ ______________

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________ ______________

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 10/27/2026 11:46

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 20 September 2026 while exercising my duties as a law enforcement officer in the Western District of Kentucky

On 20260920 at 0520 hrs., units were dispatched to 7857A Estrada Ave. for a domestic disturbance. During the course of investigation responding units discovered Jaiameis Coronado and Alvin Coronado had smuggled Aalyria Shemwell on to the installation through Bldg 18 (Chaffee Gate) on 20260919 at 2230 hours, in the trunk of their 2014 Bmw. Shemwell did not possess a pass, nor did she attempt to gain one.

F/B/N/19, DEP
7857A Estrada Ave., Fort Knox, KY 40121
Phone: (909) 419-0785

*CITATION # E2796790*

The foregoing statement is based upon:

__ my personal observation __my personal investigation

_x_information supplied to me from my fellow officer's observation

__other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to best of my knowledge

Executed on: ______________________________
Date: (09/20/2026) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________________
Date: (mm/dd/yyyy) U.S. Magistrate Judge

CVB SCAN 10/27/2026 11:46

## United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| Kw10 | E 2796791 | Emrich | 2504 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 09/19/2026 2230 | 18 USC 3 |

Place of Offense: Bldg 18 Chaffee Gate

Offense Description: Factual Basis for Charge — HAZMAT ☐

Accessory to unlawful Entry

**DEFENDANT INFORMATION** — Phone: (409) 1419 - 0785

| Last Name | First Name | M.I. |
|---|---|---|
| White | Jaiameis | J |

Street Address: 7857-A Estrada Ave

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Fort Knox | Ky | 40121 | 10/23/2006 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| W 23 753 285 | | Ky | 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 |

| ☑ Adult ☐ Juvenile | Sex ☐ Male ☑ Female | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|
| | | Blk | Brn | 5'9" | 115 |

**VEHICLE** — VIN: WBA3A5G53ENP29724 — CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| V4V 218 | Ky | 14 | Bmw | | Blk |

**APPEARANCE IS REQUIRED**

A ☑ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ______ Forfeiture Amount

+ $30 Processing Fee

$ ______ Total Collateral Due

**PAY THIS AMOUNT AT www.cvb.uscourts.gov →**

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. MAGISTRATE COURT
BLDG 1310 PIKE HALL, STE 330
50 THIRD AVE, FT. KNOX, KY
PHONE: (502) 624-6800

Date: 11/13/2026

Time: 0800

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Unable to Sign

Original - CVB Copy

CVB SCAN 10/27/2026 11:46

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ______________, 20____ while exercising my duties as a law enforcement officer in the ______________ District of ______________

The foregoing statement is based upon:

☐ my personal observation ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ______________________
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle; **CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 10/27/2026 11:46

CVB SCAN 10/27/2026 11:46

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 20 September 2026 while exercising my duties as a law enforcement officer in the Western District of Kentucky

On 20260920 at 0520 hrs., units were dispatched to 7857A Estrada Ave. for a domestic disturbance. During the course of investigation responding units discovered Jaiameis Coronado and Alvin Coronado had smuggled Aalyria Shemwell on to the installation through Bldg 18 (Chaffee Gate) on 20260919 at 2230 hours, in the trunk of their 2014 Bmw. Shemwell did not possess a pass, nor did she attempt to gain one.

F/B/N/19, DEP
7857A Estrada Ave., Fort Knox, KY 40121
Phone: (909) 419-0785

*CITATION # E2796791*

The foregoing statement is based upon:

__ *my personal observation* __*my personal investigation*

_x_ information supplied to me from my fellow officer's observation

__other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to best of my knowledge

Executed on: ________________________________________
Date: (09/20/2026) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:________________________________________
Date: (mm/dd/yyyy) U.S. Magistrate Judge

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| KW10 | E 2796786 | Emrick | 2504 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 09/14/2026 0055

Offense Charged ☐ CFR ☑ USC ☐ State Code: 18 USC 1382

Place of Offense: Bldg 18 Chaffee Gate

Offense Description: Factual Basis for Charge HAZMAT ☐

Entering a military Installation for prohibited purposes

**DEFENDANT INFORMATION** Phone: (909) 414 - 0785

| Last Name | First Name | M.I. |
|---|---|---|
| White | Jaiammeis | J |

Street Address: 7857A Estrada Ave

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Fort Knox | Ky | 40121 | 10/23/2006 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| W23 753 265 | | Ky | 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 |

☑ Adult ☐ Juvenile | Sex ☐ Male ☑ Female | Hair: Blk | Eyes: Brn | Height: 5'9" | Weight: 115

**VEHICLE** VIN: WBA3A5 G53ENP29 724 CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| V4 V281 | Ky | 14 | BMW | | Blk |

**APPEARANCE IS REQUIRED**

A ☑ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ______ Forfeiture Amount

+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ ______ Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. MAGISTRATE COURT
BLDG 1310 PIKE HALL, STE 330
50 THIRD AVE, FT. KNOX, KY
PHONE: (502) 624-5668

Date: 11/13/2026

Time: 0800

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Unable to Sign

Original - CVB Copy

CVB SCAN 10/27/2026 11:46

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ______________, 20____ while exercising my duties as a law enforcement officer in the ______________ District of ______________

The foregoing statement is based upon:

☐ my personal observation ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ______________________________

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 10/27/2026 11:46

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 20 September 2026 while exercising my duties as a law enforcement officer in the Western District of Kentucky .

On 20260920 at 0520 hours., units were dispatched to7857A Estrada Ave. for a domestic disturbance. During the course of investigation responding units discovered Jaiameis Coronado and Alvin Coronado had smuggled Aalyria Shemwell on to the installation through Bldg 18 (Chaffee Gate) on 20260919 at 0550 hours, in the ~~truck~~ of their 2014 Bmw confirmed by CCTV footage. Shemwell did not possess a pass, nor did she attempt to gain one.

F/B/N/19, CIV
7857A Estrada Ave, Ft Knox, KY 40121
Phone: (919) 419-0785

*CITATION # E2796786*

The foregoing statement is based upon:

__ my personal observation __my personal investigation

_x_ information supplied to me from my fellow officer's observation

__other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to best of my knowledge

Executed on: __09/20/2026________________________
Date: (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:________________________
Date: (mm/dd/yyyy) U.S. Magistrate Judge

CVB SCAN 10/27/2026 11:46